**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**AMBER M.,**

        **Plaintiff,**    :

  v.                                  **Case No. 2:24-cv-3388**
                                          **Chief Judge Sarah D. Morrison**
                                          **Magistrate Chelsey M. Vascura**

**COMMISSIONER OF SOCIAL**
**SECURITY,**                        :

        **Defendant.**

## ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge on December 23, 2024, and amended on January 16, 2025. (ECF Nos. 13, 17.) The Report and Recommendation recommends that the Commissioner's decision be reversed and the action remanded for further proceedings. (*Id.*) The Commissioner does not object to reversal and remand. (ECF No. 15.) Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the Commissioner's decision is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation (ECF No. 11). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

      **IT IS SO ORDERED.**

                                                        /s/ Sarah D. Morrison
                                                        **SARAH D. MORRISON, CHIEF JUDGE**
                                                        **UNITED STATES DISTRICT COURT**